

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Hasaan Rakeem Hagler  OID# 3559288
_____

*(Enter above the full name of the plaintiff or plaintiffs in this action).*  *(Inmate Reg. # of each Plaintiff)*

**VERSUS**  CIVIL ACTION NO. 3:19-cv-544
*(Number to be assigned by Court)*

Western Regional Jail
One O'Hanlon Place
Barboursville, WV 25504

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____   No ✓_____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

    Plaintiffs: _NA_

    Defendants: _NA_

    2. Court (if federal court, name the district; if state court, name the county);

    _NA_

    3. Docket Number: _NA_

    4. Name of judge to whom case was assigned:

    _NA_

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _NA_

    6. Approximate date of filing lawsuit: _NA_

    7. Approximate date of disposition: _NA_

II. **Place of Present Confinement:** Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓        No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓        No ____

    C. If you answer is YES:

        1. What steps did you take? Submitted grievance VIA Kiosk in WRJ 7/16/2019

        2. What was the result? "First I heard about request, from grievance I will take it you did get property release. If not, let me know and I will get one sent to you." Major Aldridge.

    D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Hasaan ReKeem Hagler OID#3559288

        Address: One O'Hanlon Place Barboursville, WV 25504

    B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: <u>Western Regional Jail</u>

    is employed as: _____

    at _____

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Requested form ~~to~~ HRM 07/10/2019 (Day of incarceration.) Made two verbal requests for property release form 07/11/2019. Made Another request 07/12/2019 for property release form in inquiry to M. Bryant. I asked repeatedly for form so I could give my sister and her boyfriend permission to aquire my car keys. My car is missing and no longer where I parked it.

4

IV. **Statement of Claim (continued):**

All my belongings were inside my car. On 07/12/2019 M. Bryant sent, "As stated I placed it in mail. Threats will not expedite process."

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution, Damages and Loss, Legal Fees, and Associated fees in the form of $60,000.00 USD.

5

**V.     Relief (continued)):**

_____
_____
_____
_____
_____

**VII.    Counsel**

   A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____

   B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____     No ___✓___

   If so, state the name(s) and address(es) of each lawyer contacted:

   _____
   _____

   If not, state your reasons: _Currently imprisoned, awaiting trial and do not have funds or resources to pursue private lawyer_

   C.   Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____     No ___✓___

If so, state the lawyer's name and address:

_____

_____

Signed this  17th  day of  July            , 20 19 .

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/17/2019            .
            (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Hassan Hagler
One Ottanlon Place
Burbausville, WV 25504

This person is an inmate at Western Regional Jail

Clerk United States District Court
845 Fifth Avenue, Room 202
Huntington, WV 25701

POSTAGE DUE 15¢

