**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

HASAAN RAKEEM HAGLER,

        Plaintiff,

v.                                   CIVIL ACTION NO.   3:19-0544

WESTERN REGIONAL JAIL,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Complaint (ECF No. 2) be dismissed, with prejudice; the Application to Proceed Without Prepayment of Fees and Costs be denied, as moot (ECF No. 1); and this action be removed from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Plaintiff's Complaint (ECF No. 2) be **DISMISSED**, **with prejudice**; the Application to Proceed Without Prepayment of Fees and Costs be **DENIED**, as moot (ECF No. 1); and this action be **REMOVED** from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: September 18, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE